No. 66, Misc.   LENTZ v. UNITED STATES.   On petition for writ of certiorari to the Court of Claims.   July 24, 1962.   Dismissed pursuant to Rule 60 of the Rules of this Court.   Petitioner *pro se*.   *Solicitor General Cox* for the United States.

No. 85.   WADE ET AL. v. UNION CARBIDE & CARBON CORP. ET AL.   On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit.   August 2, 1962.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *Joseph L. Alioto, Maxwell Keith* and *Richard Saveri* for petitioners.

No. 101.   SEIBERLING RUBBER Co. v. UNITED STATES.   On petition for writ of certiorari to the Court of Claims.   August 10, 1962.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *Edward C. Park* for petitioner.   *Solicitor General Cox* for the United States.

No. 117.   PEERLESS WEIGHING & VENDING MACHINE CORP. v. PUBLIC BUILDING COMMISSION OF CHICAGO.   Appeal from the United States District Court for the Northern District of Illinois.   August 22, 1962.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *Louis M. Mantynband, Sidney R. Zatz* and *Edward J. Hladis* for appellant.   *William R. Dillon* for appellee.